STATE OF NEW JERSEY v. NORMAN GREEN.

September 4, 1980.

Petition for certification granted.

THE NATIONAL STATE BANK OF ELIZABETH, N. J. v. CREST
FARM DEVELOPMENT, LTD.

September 4, 1980.

Petition for certification is granted and the matter is summarily remanded to the Appellate Division for consideration of the appeal on the merits. Jurisdiction is not retained.

STATE OF NEW JERSEY v. WILLIE JOHNSON.

September 4, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. EDDIE GRACE, JR.

September 4, 1980.

Petition for certification denied.